UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS T STRINGER #95301 | CIVIL ACTION NO. 21-cv-3760 |
| VERSUS | CHIEF JUDGE HICKS |
| T WILEY | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 16) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Doc. 24) is granted and that all claims against Deputy Wiley are **DISMISSED WITH PREJUDICE**. This dismissal counts as a strike under the three strikes rule of 28 U.S.C. § 1915.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of November, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT